**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, DR. WILLIAM M. POLLACK, GLEN ELLYN PHARMACY, INC., G. R. CLEMENS, D.D.S., HEIDBREDER BUILDING GROUP, LLC, and A.S.A.P. FABRICATION, INC. | ) ) ) ) ) ) | 14 C 113 |
| Plaintiffs, | ) ) ) | Judge Darrah Magistrate Judge Kim |
| v. | ) ) | |
| LIBERTY CAPITAL GROUP, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Dr. William P. Gress, Dr. William M. Pollack, Glen Ellyn Pharmacy, Inc., G.R. Clemens, D.D.S., Heidbreder Building Group, LLC, and A.S.A.P. Fabrication, Inc. voluntarily dismiss their individual claims with prejudice and without costs against defendant Liberty Capital Group, Inc. Plaintiffs Dr. William P. Gress, Dr. William M. Pollack, Glen Ellyn Pharmacy, Inc., G.R. Clemens, D.D.S., Heidbreder Building Group, LLC, and A.S.A.P. Fabrication, Inc. voluntarily dismiss their claims against John Does 1-10 without prejudice and without costs.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC

120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on May 29, 2014, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

    Adrian Dalsey
    Liberty Capital Group, Inc.
    5252 Balboa Avenue, Suite 1000
    San Diego, CA 92117


                                                    s/ Heather Kolbus
                                                    Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

2